# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:24-CR-0366-S |
| | § | |
| MARK A. HUDSON | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision ("Petition") [ECF No. 4] to the United States Magistrate Judge to "conduct a hearing on the alleged violations contained" within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Mark A. Hudson's term of supervision. *See* Order [ECF No. 13]. The Court has received the Report and Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") pursuant to its Order. *See* ECF No. 23.

Defendant waived his right to object to the Recommendation. *Id.* at 1. However, Defendant filed the Withdrawal of Waiver of Right to Object to the Recommendation and Right to Address this Court and an Objection to the Recommendation ("Objection"), which the Court construes to be an objection to the Recommendation and a request to address the Court in support of the Objection. *See* ECF No. 29, at 2. Because Defendant pleaded true to the violations alleged in the Petition and the Court is of the opinion that the Recommendation is correct, the Court **OVERRULES** the Objection.[1] Further, the Court **DENIES** Defendant's request to address the

---

[1] The Court notes that a sentence of imprisonment of 18 months is below the recommended imprisonment range of 21 to 27 months for a Grade B violation and well below the recommended imprisonment range of 33 to 41 months for a Grade A violation. *See* USSG §7C1.5, p.s. Although the violations alleged in the Petition constitute a Grade A violation, the Government agreed to proceed with a Grade B violation. *See* Obj. 2 n.1.

Court because Defendant did not articulate any good cause basis for a second hearing. It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be remanded to the custody of the Federal Bureau of Prisons for a period of **18 months** as to Count 1 and **18 months** as to Count 9, to run concurrently with each other, and with a further term of **30 months** of supervised release to follow each count, to run concurrently with each other.

**SO ORDERED.**

SIGNED July 2, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**